UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TURNER,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. MATOLON,<br><br>        Defendant. | No. 2:16-cv-1426 JAM KJN P<br><br><br>ORDER |

    Plaintiff has filed a motion for extension of time to file objections to the December 5, 2016 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

    2. Plaintiff shall have up to and including January 24, 2017, in which to file objections to the findings and recommendations.

Dated: December 30, 2016

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

/turn1426.36